UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| James E. Nunn, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:13-cv566 (Consent Case; Litkovitz, M.J.) |
| Cory M. Wetherhold, et al., | : | |
| Defendants. | : | |

## DISMISSAL ENTRY

Having been apprised by the parties that the claims in the above-captioned matter have been amicably resolved, it is hereby ORDERED that the Plaintiff's Complaint be and hereby is DISMISSED WITH PREJUDICE.  Costs to Defendants.

_____
JUDGE

APPROVED:

7000 Houston Road, Suite 36
Florence, Kentucky 41042
rbraden@bradenlawfirm.com
(859) 414-0777

_____
Roger N. Braden (0045449)
Attorney for Plaintiff

FROST & MADDOX CO., LPA
987 South High Street
Columbus, OH 43206
mmaddox@frostandmaddox.com
(614) 445-8888

*[signature]*

Mark S. Maddox (0029852)
Attorney for Defendants, Donald Wetherhold and
Cory Wetherhold


LAW OFFICE OF CHRISTOPHER R. CARVILLE


/s/ Jeffrey A. Stepner (per authority)
Jeffrey A. Stepner (68557)
3960 Red Bank Road, Suite 120
Cincinnati, OH 45227
(513) 791-3111
Attorney for Defendant, Tire Discounters, Inc.


/s/ per authority by msm (0029852)
David C. Ahlstrom (0085784)
9032 Union Centre Blvd., Suite 201
West Chester, OH 45062
(513) 721-8822
Attorney for Defendant, Nationwide Ins. Co. of America